EVAN C. NELSON, SBN 172957
enelson@brotherssmithlaw.com
BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone:    925 944 9700
Facsimile:    925 944 9701

Attorneys for Plaintiff
TAKASHI KATO, on behalf of and as legal
guardian for his minor child, K.K.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKASHI KATO, on behalf of a minor child, K.K.<br><br>Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, SARAH BARTLETT, JERRY BERKSON, and ROBERT ANDRADE,<br><br>Defendants | Case No. 5:26-cv-4078<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

**Certification of Interested Entities or Persons**

Pursuant to Civil L.R. 3-15, Plaintiff TAKASHI KATO, on behalf of and as legal guardian for his minor child, K.K.(collectively "Plaintiff") hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 5, 2026                    **BROTHERS SMITH LLP**


By:      */s/ Evan C. Nelson*
　　　　Evan C. Nelson
　　　　Attorneys for Plaintiff TAKASHI KATO, on
　　　　behalf of a minor student K.K.

- 1 -

**PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES**
*KATO V. PALO ALTO UNIFIED SCH. DIST., ET AL. CASE NO. 5:26-CV-4078*
50763.001/823884.1

BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK, CA