EVAN C. NELSON, SBN 172957
enelson@brotherssmithlaw.com
BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701

Attorneys for Plaintiff
TAKASHI KATO, on behalf of and as legal guardian for his minor child, K.K.

BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK, CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TAKASHI KATO, on behalf of a minor child, K.K.

Plaintiff,

v.

PALO ALTO UNIFIED SCHOOL DISTRICT, SARAH BARTLETT, JERRY BERKSON, and ROBERT ANDRADE,

Defendants

Case No. 5:26-cv-4078

**STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND PARTIES**

**FED. RULE CIV.P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Takashi Kato on behalf of his minor child K.K. and Defendants Palo Alto Unified School District, Sarah Bartlett, Jerry Berkson, and Robert Adrade, by and through their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of this entire action, including all claims against all parties. Each party shall bear its own costs and expenses, including attorney's fees incurred in connection with this action.

Dated: September 2, 2026

**BROTHERS SMITH LLP**

By: */s/ Evan C. Nelson*
Evan C. Nelson
Attorneys for Plaintiff TAKASHI KATO, on behalf of a minor student K.K.

Dated: September 2, 2026

**DAVIS, BENGSTON & YOUNG APLC**

By: */s/ Adam J. Davis*
Adam J. Davis
Attorneys for Defendants PALO ALTO UNIFIED SCHOOL DISTRICT, SARAH BARTLETT, JERRY BERKSON, and ROBERT ANDRADE